UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

JAMES BRANDON GRISWOLD, et al.   Civil No. 08-1839

vs.   Order of Reassignment

PORT AUTHORITY OF NEW &
NEW JERSEY, et al.

It is on this   24TH   day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE MARY LITTLE COOPER TO JUDGE SUSAN D. WIGENTON.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT